**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ERIC MESI and BETTY MESI, | ) | 3:16-cv-00065-RCJ-WGC |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 27, 2017 |
| | ) | |
| SELECT PORTFOLIO SERVICING, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  KATIE LYNN OGDEN  </u>  REPORTER:  <u>NONE APPEARING     </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING                      </u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING                      </u>

**MINUTE ORDER IN CHAMBERS:**

 Before the court is a letter from Plaintiff Eric Mesi requesting the court "keep [his] new address redacted . . . ." (ECF No. 19.)  Plaintiff's letter is an *ex parte* communication which is prohibited (except under certain circumstances, none of which is applicable).  *See*, LR IA 7-2(b).

 To the extent Plaintiff's request is an authorized submission, the request is denied. LR IA 10-2 requires a party's name, address, phone number and email address to be provided on every filing.  Mr. Mesi presents no legitimate reason why the court should not follow LR IA 10-2.

 LR 26-8 prohibits discovery from being filed with the court.  Discovery responses are to be served on the party making the discovery request.  If Plaintiff's address were to be redacted, Defendants could not serve discovery upon Plaintiffs nor could Defendants know where to serve any responses to discovery which Plaintiffs might initiate.

/ / /

/ / /

      In accordance with LR IA 3-1, Plaintiffs are directed to forthwith file with the court written notification of any change of mailing address, email address or telephone/facsimile numbers.  The notification must include proof of service on counsel for the opposing parties.  Plaintiffs are advised the failure to comply with this rule may result in the dismissal of the action or other sanctions as deemed appropriate by the court.  (*Id.*)

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
           Deputy Clerk