UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ERIC MESI et al.,

        Plaintiffs,

  vs.

SELECT PORTFOLIO SERVICING et al.,

        Defendants.

3:16-cv-00065-RCJ-WGC

ORDER

This case arises out of the foreclosure of real property. Plaintiffs have moved to remand the Complaint to state court for lack of subject matter jurisdiction. But there is jurisdiction in this Court under 28 U.S.C. §§ 1331 and 1441 based on the claims under the False Claims Act and the Racketeer Influenced and Corrupt Organizations Act.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Remand (ECF No. 20) is DENIED.

IT IS SO ORDERED.

Dated this 26th day of July, 2017.

_____
ROBERT C. JONES
United States District Judge

1