# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERIC MESI and BETTY MESI,            )   3:16-cv-00065-RCJ-WGC
                                     )
      Plaintiffs,             )   **ORDER**
                                     )
  vs.                                )
                                     )
SELECT PORTFOLIO SERVICING, *et al.*, )
                                     )
      Defendants.             )
_____)

Before the court is Plaintiff Eric Mesi's Motion for Permission for Electronic Case Filing (ECF No. 24), filed on July 26, 2017.

Plaintiff requests permission to file, receive, and serve documents electronically in this case. The court will grant Plaintiff's request under LR IC 2-1(b), which states that a "pro se litigant may request the court's authorization to register as a filer in a specific case." For the purpose of this rule, a "filer" is defined as "a person who is issued a login and password to file documents in the court's electronic filing system." LR IC 1-1(b).

**IT IS THEREFORE ORDERED** that Plaintiff Eric Mesi's Motion for Permission for Electronic Case Filing (ECF No. 24) is **GRANTED**. However, Plaintiff must first comply with the following procedures to activate his CM/ECF account:

1.    By Monday, August 21, 2017, Plaintiff must file a written certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are available on the court's website, www.nvd.uscourts.gov. Plaintiff Eric and Betty Mesi are advised that they are not authorized to file electronically until this certification is filed with the court within the time frame specified. LR IC 2-1.

2. After timely filing the certification, Plaintiff Eric Mesi must contact the CM/ECF Help Desk at (702) 464-5555 to set up a joint CM/ECF account.

3. Plaintiff is directed to familiarize themselves with Part IC - Electronic Case Filing of the Local Rules of Practice of the United States District Court.

4. The court assumes Eric Mesi intends on filing documents on his and his wife Betty Mesi's behalf. No later than **Monday, August 21, 2017**, Plaintiff Betty Mesi must file a "Consent to Electronic Filing" indicating she authorizes Eric Mesi to file documents on her and/or their collective behalf.

DATED: July 31, 2017.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE