# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC MESI and BETTY MESI, | 3:16-cv-00065-RCJ-WGC |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | November 9, 2017 |
| SELECT PORTFOLIO SERVICING, *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant Select Portfolio Servicing's Motion to Stay Discovery (ECF No. 46). Pursuant to the court's hearing on October 24, 2017, the court expressly stated that Plaintiffs had until November 6, 2017, in which to respond to the motion. (ECF No. 49.) No response has been filed.

Defendant Select Portfolio Servicing's Motion to Stay Discovery (ECF No. 46) is **GRANTED**. Discovery in this matter is stayed pending a decision on Defendant's Motion to Dismiss (ECF No. 45).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
      Deputy Clerk