**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC MESI and BETTY MESI, ) | 3:16-cv-00065-RCJ-WGC |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | December 18, 2017 |
| ) | |
| SELECT PORTFOLIO SERVICING (SPS), ) | |
| NATIONAL DEFAULT SERVICING ) | |
| CORPORATION (NDSC), *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiffs' Amended Complaint (ECF No. 75). Plaintiffs' ability to file an amended complaint "as a matter of course" has long since expired. Fed. R. Civ. P. 15(a)(1). Plaintiffs were therefore required to secure either the written consent of the opposing parties or leave of court, which Plaintiffs did not do before filing the Amended Complaint. Therefore, Plaintiffs' Amended Complaint (ECF No. 75) is **STRICKEN** from the docket.

Plaintiffs are advised that the court will not consider a motion for leave to file an amended complaint until after Senior District Judge Robert C. Jones rules on Defendant Select Portfolio's Motion to Dismiss (ECF No. 45, joined in by Defendant National Default Servicing Corporation, ECF No. 47).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:   /s/
          Deputy Clerk